# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **VITA FOOD PRODUCTS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 1:16 CV 08210** |
| v. ) | |
| ) | **Honorable Marvin E. Aspen** |
| **NAVIGATORS INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION AND AGREED DISMISSAL OF ALL PENDING CLAIMS

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Vita Food Products, Inc. ("Vita") and Defendant Navigators Insurance Company ("Navigators") (collectively, the "Parties"), that the above-captioned action, including all complaints and counterclaims, be dismissed in their entirety, with prejudice, with each party to be responsible for their own attorneys' fees and costs. All matters in controversy in this action have been fully settled.

Dated: January 31, 2018  Respectfully submitted,

By: /s/ Wendy N. Enerson

Wendy N. Enerson ARDC No. 6272377
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3100 (telephone)
(312) 382-8910 (facsimile)

-and-

Angelo G. Savino, *Admitted Pro Hac Vice*
COZEN O'CONNOR
45 Broadway, Suite 1600
New York, NY 10006
(212)-509-9400

*Attorney for Navigators Insurance Company*


/s/       Steven P. Blonder

Steven P. Blonder, Esq.
Much Shelist, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615

*Attorney for Vita Food Products, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 31, 2018, a true and correct copy of the *Stipulation and Agreed Order of Dismissal*, was electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

Steven P. Blonder, Esq.
Much Shelist, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615


*/s/* Wendy N. Enerson